# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2540

_____

Avery Glass

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: December 5, 2018
Filed: December 21, 2018
[Unpublished]
_____

Before KELLY, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Avery Glass appeals after the district court[1] denied his 28 U.S.C. § 2255 motion, in which he challenged his sentence under the Armed Career Criminal Act

_____

[1] The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

(ACCA), arguing that his prior Missouri conviction for second-degree robbery no longer qualified as an ACCA predicate offense, after <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015).  In light of a recent decision by this court en banc, we conclude that Glass's argument is foreclosed.  <u>See</u> <u>United States v. Swopes</u>, 886 F.3d 668, 670-72 (8th Cir. 2018) (en banc) (concluding that Missouri conviction for second-degree robbery qualifies as ACCA predicate offense), <u>as corrected</u> (Mar. 29, 2018), <u>pet. for cert. filed</u> (U.S. Aug. 30, 2018) (No. 18-5838).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Glass's motion for a stay.

_____